UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BLANCHETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-cv-12210-LTS |
| ) | |
| JOHN CAMBELL, ) | |
| ) | |
| Defendant. ) | |

ORDER

SOROKIN, D.J.

*Pro se* prisoner plaintiff Robert Blanchette commenced this action by filing a civil complaint and a motion for leave to proceed *in forma pauperis*. In an order dated March 15, 2023, Magistrate Judge Donald L. Cabell denied without prejudice the motion for leave to proceed *in forma pauperis* because Blanchette had not filed the six-month prison account statement required by 28 U.S.C. § 1915(a)(2).[1] The Court ordered Blanchette either to (1) pay the $402 filing fee; or (2) file a renewed motion for leave to proceed *in forma pauperis* with a six-month prison account statement. The Court informed Blanchette that failure to comply with the order within twenty-one days could result in dismissal of the action without prejudice.

---

[1] Pursuant to General Orders (10-1) and (09-3), a case may be randomly assigned, at the time of filing, to a Magistrate Judge.

  The deadline for complying with the Court's March 15, 2023 order has passed without any response from Blanchette. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

  SO ORDERED.

                  /Leo T. Sorokin/
                  United States District Judge

Dated: 4/24/2023